STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

24-384

STATE OF LOUISIANA, ET AL.

VERSUS

TRUMAN JOHN TRUMPS, JR.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 16,509
HONORABLE DAVID MICHAEL WILLIAMS, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
CHIEF JUDGE

**********

Court composed of Elizabeth A. Pickett, Ledricka J. Thierry, and Wilbur L. Stiles, Judges.

REVERSED AND REMANDED.

Charles O. LaCroix
LaCroix, Levy and Barnett, LLC
1101 Bolton Ave.
Alexandria, LA 71301
(318) 443-7615
COUNSEL FOR PLAINTIFF- APPELLANT:
    Gigi Pomes Trumps Wilkes

David C. Hesser
Hesser Cooper Law Group, LLC
812 Versailles Blvd, Suite A
Alexandria, LA 71303
(318) 542-4102
COUNSEL FOR DEFENDANT- APPELLEE:
    Truman John Trumps, Jr.

**PICKETT, Chief Judge.**

For the reasons assigned in *Trumps v. Trumps*, 24-383 (La.App. 3 Cir. __/__/__), ___ So.3d ___, we find that the trial court erred in sustaining the exception of no cause of action. The exception is overruled, and the matter is remanded to the trial court for further proceedings. Costs of this appeal are assessed to the defendant-appellee, Truman John Trumps.

**REVERSED AND REMANDED.**